ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| SoCo Contracting, Inc. | ) ASBCA Nos. 62218-ADR, 62219-ADR |
| | ) |
| Under Contract No. FA4803-14-C-0003 | ) |

APPEARANCES FOR THE APPELLANT:    Harry Z. Rippeon, III, Esq.
Gesue A. Staltari, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Lori R. Shapiro, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE CATES-HARMAN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $486,094.37, consistent with the terms of the settlement agreement. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: November 15, 2021

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                 _____
RICHARD SHACKLEFORD                          OWEN C. WILSON
Administrative Judge                         Administrative Judge
Acting Chairman                              Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                          of Contract Appeals



      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62218-ADR, 62219-ADR,
Appeals of SoCo Contracting, Inc., rendered in conformance with the Board's Charter.

      Dated: November 16, 2021




_____
    PAULLA K. GATES-LEWIS
    Recorder, Armed Services
    Board of Contract Appeals